UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BURGESS,<br><br>           Plaintiff,<br>  vs.<br><br>WM. BOLTHOUSE FARMS, INC.,<br><br>           Defendant.<br>_____/ | CASE NO. CV F 08-1287 LJO GSA<br><br>**ORDER AFTER SETTLEMENT** |

The parties have informed the Court that this case has settled. Pursuant to this Court's Local Rule 160, the Court ORDERS the parties, **no later than April 23, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the March 29, 2010 trial date.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   March 22, 2010**           **/s/ Lawrence J. O'Neill**
                                                        UNITED STATES DISTRICT JUDGE