1 **RANDY RUMPH**  (SBN: 232235)
1401 - 19TH STREET, SUITE 200
2 BAKERSFIELD, CALIFORNIA   93301
PHONE: (661) 322-4600
3
4 ATTORNEY FOR PLAINTIFF ANTHONY BURGESS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BURGESS, an individual, | CASE NO. 1:08-CV-01287 (GSA) |
| PLAINTIFF, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | |
| WM. BOLTHOUSE FARMS, INC.; and DOES 1 through 5. | |
| DEFENDANTS. | |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), each party to bear its own costs and attorneys' fees.

///
///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| DATED:   May 3, 2010 | | /s/ Randy Rumph |
| | | **RANDY RUMPH** |
| | | ATTORNEY FOR PLAINTIFF |

CLIFFORD & BROWN

By:   /s/ John Szewczyk

**JOHN SZEWCZYK**
ATTORNEY FOR DEFENDANT

## ORDER

The parties to this action having stipulated through their designated counsel, the above-captioned action shall be and hereby is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, 41(a)(1).  The clerk of the court is directed to close out this action in its entirety.


IT IS SO ORDERED.

**Dated:   May 3, 2010**              /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE